FILED
6/29/21 11:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>PAUL YEANY, III<br>NICOLE YEANY<br>        Debtor | Bankruptcy No. 21-10293-TPA<br>Chapter 7<br><br>Document No.<br>Relating to Document No. 18 |
| COMMUNITY BANK, NATIONAL ASSOCIATION<br>        Movant | |
| vs. | |
| PAUL YEANY, III<br>NICOLE YEANY<br>        Debtor | |
| and | |
| TAMERA OCHS ROTHCHILD, ESQUIRE<br>CHAPTER 7 TRUSTEE<br>        Chapter 7 Trustee | |

## ORDER

AND now, this \_\_\_\_29th\_\_\_\_ day of \_\_\_\_June\_\_\_\_ 2021, upon agreement of the parties, it is **ORDERED** as follows:

1. The Stipulation Requesting Relief from the Automatic Stay pursuant 11 U.S.C. § 362 is approved and its terms are incorporated into this Order;

2. Relief from the automatic stay of section 362 of the Code is granted to Community Bank, National Association, under this Bankruptcy Filing by Debtors, Paul Yeany, III, and Nicole Yeany, so as to permit it to hereafter proceed, under applicable non-bankruptcy law, to enforce its rights to collect

the debt owed it and take any other appropriate action as to the 2019 Polaris ATV VIN #3NSRGK993KH485970;

3. Community Bank, National Association, is authorized to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law; and

4. Rule 4001(a)(3) is waived and Community Bank, National Association, may immediately enforce and implement this order granting relief from the automatic stay imposed by 11 U.S.C. § 362 with respect to the property of the Debtors, Paul Yeany, III and Nicole Yeany, known as the 2019 Polaris ATV VIN #3NSRGK993KH485970.

In the event that any order is entered in this case granting relief from the automatic stay to a <u>secured creditor</u>, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

BY THE COURT:

_____        jlm
Judge Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                              Case No. 21-10293-TPA

Paul Yeany, III                                                                                               Chapter 7

Nicole Yeany

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: aala | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 29, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul Yeany, III, Nicole Yeany, 12355 Route 208, Shippenville, PA 16254-2017 |
| cr | + | Community Bank, N.A., P.O. Box 509, Canton, NY 13617-0509 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2021                                 Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company  LLC pitecf@weltman.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Mark Todd Aaron | on behalf of Joint Debtor Nicole Yeany aaron.markr100443@notify.bestcase.com |
| Mark Todd Aaron | on behalf of Debtor Paul Yeany  III aaron.markr100443@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-1 | User: aala | Page 2 of 2
Date Rcvd: Jun 29, 2021 | Form ID: pdf900 | Total Noticed: 2

Robert P. Sheils, III
    on behalf of Creditor Community Bank  N.A. rsheilsIII@sheilslaw.com

Tamera Ochs Rothschild
    trothschild@gmx.com  pa70@ecfcbis.com

TOTAL: 7