WWR # 040825698

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Paul Yeany III | ) | |
| Nicole Yeany | ) | |
| | ) | Bankruptcy No. 21-10293-TPA |
| Debtor | ) | |
| | ) | Chapter 7 |
| Ford Motor Credit Company LLC | ) | |
| | ) | Hearing Date & Time |
| Movant | ) | |
| | ) | Response Deadline |
| v. | ) | |
| Paul Yeany III, Debtor | ) | |
| Nicole Yeany, Debtor | ) | |
| Tamera Ochs Rothschild, TRUSTEE | ) | |
| Respondents | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT
## AND WAIVER OF 14-DAY STAY UNDER FED. BANKR. RULE 4001(a)(3)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on 6/25/21 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than 7/12/21.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

DATED:

/s/ Garry Masterson
Garry Masterson, Bar No. CA297208
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Brooklyn Heights, OH 44131
216-672-6984
gmasterson@weltman.com