FILED
9/30/21 3:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| PAUL YEANY, III, and | : | Case No. 21-10293-TPA |
| NICOLE YEANY, | : | |
| *Debtor*s | : | |
| | : | Chapter 7 |
| | : | |
| | : | Related to Doc. Nos. 26, 30, 34 |
| | : | |
| | : | |

***ORDER***

The Debtors are seeking approval of a Reaffirmation Agreement with Ally Bank to reaffirm $52,750.04 at 7.84% interest on a 2019 Dodge Ram 1500 truck, resulting in monthly payments of $925.54. *See*, Doc. No. 26. The Court entered an Order requiring the Debtors to supplement the Reaffirmation Agreement because it found a presumption of undue hardship. The Debtors have now filed Amended Schedules I and J showing a substantial increase in their monthly income and a substantial reduction in their monthly expenses. This is further explained to the satisfaction of the Court in the *Debtor's Narrative Statement in Support of Reaffirmation Agreement* that was filed at Doc. No. 34. The Court now finds that the presumption of undue hardship that previously existed has been rebutted and overcome, and that the Reaffirmation Agreement should be approved.

AND NOW, this **30th** day of ***September, 2021***, it is **ORDERED, ADJUDGED** and ***DECREED*** that,

(1) The Reaffirmation Agreement between the Debtors and Ally Bank as set forth at Doc. No. 26 is **APPROVED**.

(2) The hearing on the Reaffirmation Agreement previously scheduled for October 7, 2021 is **CANCELLED**.

*[signature]*
Thomas P. Agresti, Judge    nms
United States Bankruptcy Court

Case administrator to serve:
    Mark Aaron, Esq.
    Tamera Ochs Rothschild, Esq.
    Debtors
    Ally Bank, c/o AIS Portfolio Services, L.P., 4515 N. Santa Fe Ave., Oklahoma City, OK 73118

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10293-TPA |
| Paul Yeany, III | Chapter 7 |
| Nicole Yeany | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: aala | Page 1 of 2 |
| Date Rcvd: Sep 30, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Paul Yeany, III, Nicole Yeany, 12355 Route 208, Shippenville, PA 16254-2017 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@americaninfosource.com | Sep 30 2021 23:47:14 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2021                              Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mmiksich@kmllawgroup.com |
| Mark Todd Aaron | on behalf of Joint Debtor Nicole Yeany aaron.markr100443@notify.bestcase.com |

District/off: 0315-1 User: aala Page 2 of 2
Date Rcvd: Sep 30, 2021 Form ID: pdf900 Total Noticed: 2

Mark Todd Aaron
    on behalf of Debtor Paul Yeany III aaron.markr100443@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert P. Sheils, III
    on behalf of Creditor Community Bank N.A. rsheilsIII@sheilslaw.com

Tamera Ochs Rothschild
    trothschild@gmx.com pa70@ecfcbis.com

TOTAL: 7