| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Paul Yeany III** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | **xxx−xx−5611** |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Nicole Yeany** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | **xxx−xx−9989** |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | | |
| Case number:  **21−10293−TPA** | | | |

# Order of Discharge                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Paul Yeany III                                        Nicole Yeany

10/20/21                                **By the court:**    <u>Thomas P. Agresti</u>
                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                        page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10293-TPA |
| Paul Yeany, III | Chapter 7 |
| Nicole Yeany | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: admin | Page 1 of 8 |
| Date Rcvd: Oct 20, 2021 | Form ID: 318 | Total Noticed: 152 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul Yeany, III, Nicole Yeany, 12355 Route 208, Shippenville, PA 16254-2017 |
| cr | + | Community Bank, N.A., P.O. Box 509, Canton, NY 13617-0509 |
| 15379188 | + | Capital One/Walmart, Acct No xxxxxxx3308, Po Box 965024, Orlando FL 32896-5024 |
| 15379229 | | Comenity Bank/Ashley Stewart, Acct No xxxxxx4169, Attn: Bankruptcy, Po Box 182125columbus, Columbus OH 43218 |
| 15379231 | | Comenity Bank/Kay Jewelers, Acct No xxxxxxxxxxxx7452, Attn: Bankruptcy, Po Box 182125columbus, Columbus OH 43218 |
| 15379235 | | Comenity Bank/Peebles, Acct No xxxxxxxxxxxx3102, Attn: Bankruptcy, Po Box 182125columbus, Columbus OH 43218 |
| 15379239 | | Comenity Bank/Wayfair, Acct No xxxxxxxxxxxx9467, Attn: Bankruptcy, Po Box 182125columbus, Columbus OH 43218 |
| 15379245 | + | Community Bank Na, Acct No xxxxxx5008, 45-49 Court St, Canton NY 13617-1118 |
| 15379246 | + | Community Bank Na, Acct No xxxxxx6123, 45-49 Court St, Canton NY 13617-1118 |
| 15379243 | + | Community Bank Na, Acct No xxxxxx5008, Attn: Bankruptcy Dept, Po Box 509, Canton NY 13617-0509 |
| 15379244 | + | Community Bank Na, Acct No xxxxxx6123, Attn: Bankruptcy Dept, Po Box 509, Canton NY 13617-0509 |
| 15379253 | + | First National Bank, Acct No xxxxxxxx0413, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage PA 16148-3343 |
| 15379254 | + | First National Bank, Acct No xxxxxxxx0413, 4140 E State St, Hermitage PA 16148-3401 |
| 15379255 | + | First United Natl Bank, Acct No xxxx7987, 19535 Route 208, Fryburg PA 16326-1215 |
| 15379256 | + | First United Natl Bank, Acct No xxxxx0609, 19535 Route 208, Fryburg PA 16326-1215 |
| 15379259 | + | First United Natl Bank, Acct No xxxx5967, 19535 Route 208, Fryburg PA 16326-1215 |
| 15379258 | + | First United Natl Bank, Acct No xxxx6326, 19535 Route 208, Fryburg PA 16326-1215 |
| 15379257 | + | First United Natl Bank, Acct No xxxx7469, 19535 Route 208, Fryburg PA 16326-1215 |
| 15379269 | | Kubota Credit Corp, Acct No xxxx7147, Attn: Bankruptcy, Po Box 2048, Grapevine TX 76099 |
| 15379270 | + | Kubota Credit Corp, Acct No xxxx7147, Po Box 2046, Grapevine TX 76099-2046 |
| 15379271 | | Lincoln Automotive Financial, Acct No xxxx6766, 800-955-8532, Omaha NE 68154 |
| 15379277 | + | Manheim Pittsburgh Auto Auction, Acct No xxxx6766, 21095 Route 19, Cranberry Twp PA 16066-5907 |
| 15379278 | | Navicore Solutions, PO Box 5012, Freehold NJ 07728-5012 |
| 15379281 | | PA Dept of Revenue, Acct No xxxxxxx8850, Harrisburg PA 17128-2005 |
| 15379283 | | Penny Mac, Acct No xxxxxx3568, Attn: Correspondence Unit, PO Box 514387, Los Angeles CA 90051-4387 |
| 15379282 | | Penny Mac, PO Box 514387, Los Angeles CA 90051-4387 |
| 15379284 | + | Penny Mac Loan Services, LLC, Acct No xxxx # x-xxxx3568, 6101 Condor Drive, Suite 200, Moorpark CA 93021-2602 |
| 15379285 | + | PennyMac Loan Services, LLC, Acct No xxxxxxxxxxxx3568, Attn: Correspondence Unit, Po Box 514387, Los Angeles CA 90051-4387 |
| 15379286 | + | PennyMac Loan Services, LLC, Acct No xxxxxxxxxxxx3568, Po Box 514387, Los Angeles CA 90051-4387 |
| 15379287 | + | Servicelink, Acct No xxxx # x-xxxx3568, Attn: Loan Motification, 3220 El Camino Real, Irvine CA 92602-1377 |
| 15379288 | + | Sterling Jewelers, Inc., Acct No xxxxxx1026, Attn: Bankruptcy, Po Box 1799, Akron OH 44309-1799 |
| 15379289 | + | Sterling Jewelers, Inc., Acct No xxxxxx1615, Attn: Bankruptcy, Po Box 1799, Akron OH 44309-1799 |
| 15379308 | + | Tdrcs/furniture First, Acct No xxxxxxxxxxxx7855, Attn: Bankruptcy, 1000 Macarthur Blvd, Mahwah NJ 07430-2035 |
| 15379309 | + | Tdrcs/furniture First, Acct No xxxxxxxxxxxx7855, Po Box 100114, Columbia SC 29202-3114 |
| 15379311 | | Wells Fargo Bank NA, Acct No xxxxxxxxxxx3099, Credit Bureau Dispute Resoluti, Des Moines IA 50306 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Oct 21 2021 02:58:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |

| | | | |
|---|---|---|---|
| Case 21-10293-TPA | Doc 38 | Filed 10/22/21 | Entered 10/23/21 00:29:17 Desc Imaged |
| | Certificate of Notice | | Page 4 of 10 |

District/off: 0315-1     User: admin     Page 2 of 8
Date Rcvd: Oct 20, 2021     Form ID: 318     Total Noticed: 152

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2021 22:56:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Oct 21 2021 02:58:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Oct 21 2021 02:58:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RECOVERYCORP.COM | Oct 21 2021 02:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15379171 | + | EDI: GMACFS.COM | Oct 21 2021 02:58:00 | Ally Financial, Acct No xxxxxxxx0880, P.o. Box 380901, Bloomington MN 55438-0901 |
| 15379172 | + | EDI: GMACFS.COM | Oct 21 2021 02:58:00 | Ally Financial, Acct No xxxxxxxx4647, P.o. Box 380901, Bloomington MN 55438-0901 |
| 15379169 | + | EDI: GMACFS.COM | Oct 21 2021 02:58:00 | Ally Financial, Acct No xxxxxxxx0880, Attn: Bankruptcy, Po Box 380901, Bloomington MN 55438-0901 |
| 15379170 | + | EDI: GMACFS.COM | Oct 21 2021 02:58:00 | Ally Financial, Acct No xxxxxxxx4647, Attn: Bankruptcy, Po Box 380901, Bloomington MN 55438-0901 |
| 15379180 | + | EDI: CAPITALONE.COM | Oct 21 2021 02:58:00 | Capital One, Acct No xxxxxxxxxxxx2321, Po Box 31293, Salt Lake City UT 84131-0293 |
| 15379182 | + | EDI: CAPITALONE.COM | Oct 21 2021 02:58:00 | Capital One, Acct No xxxxxxxxxxxx9113, Po Box 31293, Salt Lake City UT 84131-0293 |
| 15379181 | + | EDI: CAPITALONE.COM | Oct 21 2021 02:58:00 | Capital One, Acct No xxxxxxxxxxxx5313, Po Box 31293, Salt Lake City UT 84131-0293 |
| 15379185 | + | EDI: CAPITALONE.COM | Oct 21 2021 02:58:00 | Capital One, Acct No xxxxxxxxxxxx7145, Po Box 31293, Salt Lake City UT 84131-0293 |
| 15379184 | + | EDI: CAPITALONE.COM | Oct 21 2021 02:58:00 | Capital One, Acct No xxxxxxxxxxxx2727, Po Box 31293, Salt Lake City UT 84131-0293 |
| 15379186 | + | EDI: CAPITALONE.COM | Oct 21 2021 02:58:00 | Capital One, Acct No xxxxxxxxxxxx7547, Po Box 31293, Salt Lake City UT 84131-0293 |
| 15379183 | + | EDI: CAPITALONE.COM | Oct 21 2021 02:58:00 | Capital One, Acct No xxxxxxxxxxxx8159, Po Box 31293, Salt Lake City UT 84131-0293 |
| 15379173 | + | EDI: CAPITALONE.COM | Oct 21 2021 02:58:00 | Capital One, Acct No xxxxxxxxxxxx2321, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 15379175 | + | EDI: CAPITALONE.COM | Oct 21 2021 02:58:00 | Capital One, Acct No xxxxxxxxxxxx9113, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 15379174 | + | EDI: CAPITALONE.COM | Oct 21 2021 02:58:00 | Capital One, Acct No xxxxxxxxxxxx5313, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 15379178 | + | EDI: CAPITALONE.COM | Oct 21 2021 02:58:00 | Capital One, Acct No xxxxxxxxxxxx7145, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 15379177 | + | EDI: CAPITALONE.COM | Oct 21 2021 02:58:00 | Capital One, Acct No xxxxxxxxxxxx2727, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 15379179 | + | EDI: CAPITALONE.COM | Oct 21 2021 02:58:00 | Capital One, Acct No xxxxxxxxxxxx7547, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 15379176 | + | EDI: CAPITALONE.COM | Oct 21 2021 02:58:00 | Capital One, Acct No xxxxxxxxxxxx8159, Attn: |

Case 21-10293-TPA    Doc 38    Filed 10/22/21    Entered 10/23/21 00:29:17    Desc Imaged
Certificate of Notice    Page 5 of 10

| District/off: 0315-1 | User: admin | Page 3 of 8 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: 318 | Total Noticed: 152 |

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 15379187 | + | EDI: CAPITALONE.COM | Oct 21 2021 02:58:00 | Capital One/Walmart, Acct No xxxxxxxx3308, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 15379207 | + | EDI: CITICORP.COM | Oct 21 2021 02:58:00 | Citi/Sears, Acct No xxxxxxxx4160, Po Box 6217, Sioux Falls SD 57117-6217 |
| 15379206 | + | EDI: CITICORP.COM | Oct 21 2021 02:58:00 | Citi/Sears, Acct No xxxxxxxx4160, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis MO 63179-0034 |
| 15379208 | + | EDI: CITICORP.COM | Oct 21 2021 02:58:00 | Citibank, Acct No xxxxxxxxxxxx0709, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179-0034 |
| 15379211 | + | EDI: CITICORP.COM | Oct 21 2021 02:58:00 | Citibank, Acct No xxxxxxxxxxxx6540, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179-0034 |
| 15379210 | + | EDI: CITICORP.COM | Oct 21 2021 02:58:00 | Citibank, Acct No xxxxxxxxxxxx8571, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179-0034 |
| 15379209 | + | EDI: CITICORP.COM | Oct 21 2021 02:58:00 | Citibank, Acct No xxxxxxxxxxxx0780, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179-0034 |
| 15379218 | + | EDI: CITICORP.COM | Oct 21 2021 02:58:00 | Citibank, Acct No xxxxxxxx0823, Po Box 6217, Sioux Falls SD 57117-6217 |
| 15379213 | + | EDI: CITICORP.COM | Oct 21 2021 02:58:00 | Citibank, Acct No xxxxxxxxxxxx0709, Po Box 6217, Sioux Falls SD 57117-6217 |
| 15379217 | + | EDI: CITICORP.COM | Oct 21 2021 02:58:00 | Citibank, Acct No xxxxxxxxxxxx6540, Po Box 6217, Sioux Falls SD 57117-6217 |
| 15379216 | + | EDI: CITICORP.COM | Oct 21 2021 02:58:00 | Citibank, Acct No xxxxxxxxxxxx8571, Po Box 6217, Sioux Falls SD 57117-6217 |
| 15379215 | + | EDI: CITICORP.COM | Oct 21 2021 02:58:00 | Citibank, Acct No xxxxxxxxxxxx0780, Po Box 6217, Sioux Falls SD 57117-6217 |
| 15379214 | | EDI: CITICORP.COM | Oct 21 2021 02:58:00 | Citibank, Acct No Ending 0709, PO Box 6077, Sioux Falls SD 57117-6077 |
| 15379212 | + | EDI: CITICORP.COM | Oct 21 2021 02:58:00 | Citibank, Acct No xxxxxxxx0823, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179-0034 |
| 15379220 | + | EDI: CITICORP.COM | Oct 21 2021 02:58:00 | Citibank/The Home Depot, Acct No xxxxxxxxxxxx1543, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179-0034 |
| 15379223 | + | EDI: CITICORP.COM | Oct 21 2021 02:58:00 | Citibank/The Home Depot, Acct No xxxxxxxxxxxx2345, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179-0034 |
| 15379221 | + | EDI: CITICORP.COM | Oct 21 2021 02:58:00 | Citibank/The Home Depot, Acct No xxxxxxxxxxxx0196, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179-0034 |
| 15379219 | + | EDI: CITICORP.COM | Oct 21 2021 02:58:00 | Citibank/The Home Depot, Acct No xxxxxxxxxxxx0697, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179-0034 |
| 15379222 | + | EDI: CITICORP.COM | Oct 21 2021 02:58:00 | Citibank/The Home Depot, Acct No xxxxxxxxxxxx6309, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179-0034 |
| 15379225 | + | EDI: CITICORP.COM | | |

Case 21-10293-TPA   Doc 38   Filed 10/22/21   Entered 10/23/21 00:29:17   Desc Imaged
                        Certificate of Notice   Page 6 of 10

| District/off: 0315-1 | User: admin | Page 4 of 8 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: 318 | Total Noticed: 152 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 21 2021 02:58:00 | Citibank/The Home Depot, Acct No xxxxxxxxxxxx1543, Po Box 6497, Sioux Falls SD 57117-6497 |
| 15379228 | + | EDI: CITICORP.COM | | |
| | | | Oct 21 2021 02:58:00 | Citibank/The Home Depot, Acct No xxxxxxxxxxxx2345, Po Box 6497, Sioux Falls SD 57117-6497 |
| 15379226 | + | EDI: CITICORP.COM | | |
| | | | Oct 21 2021 02:58:00 | Citibank/The Home Depot, Acct No xxxxxxxxxxxx0196, Po Box 6497, Sioux Falls SD 57117-6497 |
| 15379224 | + | EDI: CITICORP.COM | | |
| | | | Oct 21 2021 02:58:00 | Citibank/The Home Depot, Acct No xxxxxxxxxxxx0697, Po Box 6497, Sioux Falls SD 57117-6497 |
| 15379227 | + | EDI: CITICORP.COM | | |
| | | | Oct 21 2021 02:58:00 | Citibank/The Home Depot, Acct No xxxxxxxxxxxx6309, Po Box 6497, Sioux Falls SD 57117-6497 |
| 15379230 | + | EDI: WFNNB.COM | | |
| | | | Oct 21 2021 02:58:00 | Comenity Bank/Ashley Stewart, Acct No xxxxxx4169, Po Box 182789, Columbus OH 43218-2789 |
| 15379232 | + | EDI: WFNNB.COM | | |
| | | | Oct 21 2021 02:58:00 | Comenity Bank/Kay Jewelers, Acct No xxxxxxxxxxxx7452, Po Box 182789, Columbus OH 43218-2789 |
| 15379234 | + | EDI: WFNNB.COM | | |
| | | | Oct 21 2021 02:58:00 | Comenity Bank/Maurices, Acct No xxxxxxxxxxxx4215, Po Box 182789, Columbus OH 43218-2789 |
| 15379233 | + | EDI: WFNNB.COM | | |
| | | | Oct 21 2021 02:58:00 | Comenity Bank/Maurices, Acct No xxxxxxxxxxxx4215, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 15379236 | + | EDI: WFNNB.COM | | |
| | | | Oct 21 2021 02:58:00 | Comenity Bank/Peebles, Acct No xxxxxxxxxxxx3102, Po Box 182789, Columbus OH 43218-2789 |
| 15379238 | + | EDI: WFNNB.COM | | |
| | | | Oct 21 2021 02:58:00 | Comenity Bank/Victoria Secret, Acct No xxxxxxxxxxxx0069, Po Box 182789, Columbus OH 43218-2789 |
| 15379237 | + | EDI: WFNNB.COM | | |
| | | | Oct 21 2021 02:58:00 | Comenity Bank/Victoria Secret, Acct No xxxxxxxxxxxx0069, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 15379240 | + | EDI: WFNNB.COM | | |
| | | | Oct 21 2021 02:58:00 | Comenity Bank/Wayfair, Acct No xxxxxxxxxxxx9467, Po Box 182789, Columbus OH 43218-2789 |
| 15379241 | | EDI: WFNNB.COM | | |
| | | | Oct 21 2021 02:58:00 | Comenity Capital, Acct No xxxxxxxxxxxx3071, Attn: Bankruptcy, Po Box 18125, Columbus OH 43218 |
| 15379242 | + | EDI: WFNNB.COM | | |
| | | | Oct 21 2021 02:58:00 | Comenity Capital, Acct No xxxxxxxxxxxx3071, Po Box 182120, Columbus OH 43218-2120 |
| 15379248 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Oct 20 2021 23:04:17 | Credit One Bank, Acct No xxxxxxxxxxxx9092, Attn: Bankruptcy Department, Po Box 98873, Las Vegas NV 89193-8873 |
| 15379247 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Oct 20 2021 23:04:17 | Credit One Bank, Acct No xxxxxxxxxxxx6165, Attn: Bankruptcy Department, Po Box 98873, Las Vegas NV 89193-8873 |
| 15379250 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Oct 20 2021 23:04:23 | Credit One Bank, Acct No xxxxxxxxxxxx9092, Po Box 98872, Las Vegas NV 89193-8872 |
| 15379249 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Oct 20 2021 23:04:17 | Credit One Bank, Acct No xxxxxxxxxxxx6165, Po Box 98872, Las Vegas NV 89193-8872 |
| 15379252 | | EDI: DISCOVER.COM | | |
| | | | Oct 21 2021 02:58:00 | Discover Financial, Acct No xxxxxxxxxxxx5359, Pob 15316, Wilmington DE 19850 |
| 15379251 | + | EDI: DISCOVER.COM | | |
| | | | Oct 21 2021 02:58:00 | Discover Financial, Acct No xxxxxxxxxxxx5359, |

| Recipient # | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Attn: Bankruptcy, Po Box 3025, New Albany OH 43054-3025 |
| 15379261 | + | Email/Text: cashiering-administrationservices@flagstar.com | Oct 20 2021 22:56:00 | Flagstar Bank, Acct No xxxxxxxxx4257, 5151 Corporate Drive, Troy MI 48098-2639 |
| 15379260 | + | Email/Text: cashiering-administrationservices@flagstar.com | Oct 20 2021 22:56:00 | Flagstar Bank, Acct No xxxxxxxxx4257, Attn: Bankruptcy, 5151 Corporate Drive, Troy MI 48098-2639 |
| 15379262 | + | EDI: PHINGENESIS | Oct 21 2021 03:03:00 | Genesis Bankcard Services, Acct No xxxxxxxxxxxx1531, Attn: Bankruptcy, Po Box 4477, Beaverton OR 97076-4401 |
| 15379263 | + | EDI: PHINGENESIS | Oct 21 2021 03:03:00 | Genesis Bankcard Services, Acct No xxxxxxxxxxxx1531, Po Box 4499, Beaverton OR 97076-4499 |
| 15379264 | + | EDI: PHINGENESIS | Oct 21 2021 03:03:00 | Genesis FS Card/Kay Jewelers, Acct No xxxxxxxxxxxx7141, Attn: Bankruptcy, Po Box 4477, Beaverton OR 97076-4401 |
| 15379265 | + | EDI: PHINGENESIS | Oct 21 2021 03:03:00 | Genesis FS Card/Kay Jewelers, Acct No xxxxxxxxxxxx7141, Po Box 4485, Beaverton OR 97076-4485 |
| 15379266 | + | Email/Text: bankruptcy@huntington.com | Oct 20 2021 22:56:00 | Huntington National Bank, Acct No xxxxxxx4870, Attn: Bankruptcy, Po Box 340996, Columbus OH 43234-0996 |
| 15379267 | + | Email/Text: bankruptcy@huntington.com | Oct 20 2021 22:56:00 | Huntington National Bank, Acct No xxxxxxx4870, Po Box 1558, Columbus OH 43216-1558 |
| 15379189 | | EDI: JPMORGANCHASE | Oct 21 2021 02:58:00 | Chase Card Member Services, Acct No Account Ending 1222, PO Box 15548, Wilmington DE 19886-5548 |
| 15379194 | | EDI: JPMORGANCHASE | Oct 21 2021 02:58:00 | Chase Card Services, Acct No xxxxxxxx2047, Attn: Bankruptcy, Po Box 15298, Wilmington DE 19850 |
| 15379201 | | EDI: JPMORGANCHASE | Oct 21 2021 02:58:00 | Chase Card Services, Acct No xxxxxxxx2047, Po Box 15369, Wilmington DE 19850 |
| 15379193 | | EDI: JPMORGANCHASE | Oct 21 2021 02:58:00 | Chase Card Services, Acct No xxxxxxxx2839, Attn: Bankruptcy, Po Box 15298, Wilmington DE 19850 |
| 15379200 | | EDI: JPMORGANCHASE | Oct 21 2021 02:58:00 | Chase Card Services, Acct No xxxxxxxx2839, Po Box 15369, Wilmington DE 19850 |
| 15379192 | | EDI: JPMORGANCHASE | Oct 21 2021 02:58:00 | Chase Card Services, Acct No xxxxxxxxxxxx0503, Attn: Bankruptcy, Po Box 15298, Wilmington DE 19850 |
| 15379199 | | EDI: JPMORGANCHASE | Oct 21 2021 02:58:00 | Chase Card Services, Acct No xxxxxxxxxxxx0503, Po Box 15369, Wilmington DE 19850 |
| 15379191 | | EDI: JPMORGANCHASE | Oct 21 2021 02:58:00 | Chase Card Services, Acct No xxxxxxxxxxxx1222, Attn: Bankruptcy, Po Box 15298, Wilmington DE 19850 |
| 15379198 | | EDI: JPMORGANCHASE | Oct 21 2021 02:58:00 | Chase Card Services, Acct No xxxxxxxxxxxx1222, Po Box 15369, Wilmington DE 19850 |
| 15379190 | | EDI: JPMORGANCHASE | Oct 21 2021 02:58:00 | Chase Card Services, Acct No xxxxxxxxxxxx2668, Attn: Bankruptcy, Po Box 15298, Wilmington DE 19850 |
| 15379197 | | EDI: JPMORGANCHASE | Oct 21 2021 02:58:00 | Chase Card Services, Acct No xxxxxxxxxxxx2668, Po Box 15369, Wilmington DE 19850 |
| 15379196 | | EDI: JPMORGANCHASE | Oct 21 2021 02:58:00 | Chase Card Services, Acct No xxxxxxxxxxxx5563, Attn: Bankruptcy, Po Box |

Case 21-10293-TPA   Doc 38   Filed 10/22/21   Entered 10/23/21 00:29:17   Desc Imaged
Certificate of Notice   Page 8 of 10

| District/off: 0315-1 | User: admin | Page 6 of 8 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: 318 | Total Noticed: 152 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 15298, Wilmington DE 19850 |
| 15379203 | | EDI: JPMORGANCHASE | Oct 21 2021 02:58:00 | Chase Card Services, Acct No xxxxxxxxxxxx5563, Po Box 15369, Wilmington DE 19850 |
| 15379195 | | EDI: JPMORGANCHASE | Oct 21 2021 02:58:00 | Chase Card Services, Acct No xxxxxxxxxxxx5844, Attn: Bankruptcy, Po Box 15298, Wilmington DE 19850 |
| 15379202 | | EDI: JPMORGANCHASE | Oct 21 2021 02:58:00 | Chase Card Services, Acct No xxxxxxxxxxxx5844, Po Box 15369, Wilmington DE 19850 |
| 15379205 | | EDI: JPMORGANCHASE | Oct 21 2021 02:58:00 | Chase Mortgage, Acct No xxxxxxxxx7233, 700 Kansas Lane, Monroe LA 71203 |
| 15379204 | | EDI: JPMORGANCHASE | Oct 21 2021 02:58:00 | Chase Mortgage, Acct No xxxxxxxxx7233, Chase Records Center/Attn: Correspondenc, Mail Code LA4 5555 700 Kansas Ln, Monroe LA 71203 |
| 15379268 | + | Email/Text: cs.bankruptcy@jmcbiz.com | Oct 20 2021 22:56:00 | Joseph, Mann & Creed, Acct No H4178-50501, 8948 Canyon Falls Blvd, Suite 200, Twinsburg OH 44087-1900 |
| 15379272 | + | EDI: FORD.COM | Oct 21 2021 03:03:00 | Lincoln Automotive Financial, Acct No xxxx6766, Pob 542000, Omaha NE 68154-8000 |
| 15379273 | | Email/Text: camanagement@mtb.com | Oct 20 2021 22:56:00 | M&T Credit Services, Acct No xxxxxxxxxxxxx0001, Attn: Bankruptcy, Po Box 844, Buffalo NY 14240 |
| 15379275 | | Email/Text: camanagement@mtb.com | Oct 20 2021 22:56:00 | M&T Credit Services, Acct No xxxxxxxxxxxxx0001, Po Box 900, Millsboro DE 19966 |
| 15379280 | + | Email/Text: angela.abreu@northwest.com | Oct 20 2021 22:56:00 | Northwest Bank, Acct No xxxxxx4146, 100 Liberty St, Warren PA 16365-2411 |
| 15379279 | + | Email/Text: angela.abreu@northwest.com | Oct 20 2021 22:56:00 | Northwest Bank, Acct No xxxxxx4146, Attn: Bankruptcy, Po Box 128, Warren PA 16365-0128 |
| 15381774 | | EDI: PENNDEPTREV | Oct 21 2021 02:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15381774 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2021 22:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15379291 | + | Email/Text: BKRMailOPS@weltman.com | Oct 20 2021 22:56:00 | Sterling Jewelers, Inc., Acct No xxxxxx1615, 375 Ghent Rd, Akron OH 44333-4601 |
| 15379290 | + | Email/Text: BKRMailOPS@weltman.com | Oct 20 2021 22:56:00 | Sterling Jewelers, Inc., Acct No xxxxxx1026, 375 Ghent Rd, Akron OH 44333-4601 |
| 15379294 | + | EDI: RMSC.COM | Oct 21 2021 02:58:00 | Syncb/PPC, Acct No xxxxxxxxxxxx8068, Po Box 965005, Orlando FL 32896-5005 |
| 15379295 | + | EDI: RMSC.COM | Oct 21 2021 02:58:00 | Syncb/PPC, Acct No xxxxxxxxxxxx0242, Po Box 965005, Orlando FL 32896-5005 |
| 15379292 | + | EDI: RMSC.COM | Oct 21 2021 02:58:00 | Syncb/PPC, Acct No xxxxxxxxxxxx8068, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 15379293 | + | EDI: RMSC.COM | Oct 21 2021 02:58:00 | Syncb/PPC, Acct No xxxxxxxxxxxx0242, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 15379297 | | EDI: RMSC.COM | Oct 21 2021 02:58:00 | Synchrony Bank, Acct No x-8658, PO Box 965033, Orlando FL 32896-5033 |
| 15379786 | + | EDI: RMSC.COM | Oct 21 2021 02:58:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 21-10293-TPA   Doc 38   Filed 10/22/21   Entered 10/23/21 00:29:17   Desc Imaged
Certificate of Notice   Page 9 of 10

| District/off: 0315-1 | User: admin | Page 7 of 8 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: 318 | Total Noticed: 152 |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| 15379300 | + | EDI: RMSC.COM | Oct 21 2021 02:58:00 | Synchrony Bank/Care Credit, Acct No xxxxxxxxxxxx8658, C/o Po Box 965036, Orlando FL 32896-0001 |
| 15379301 | + | EDI: RMSC.COM | Oct 21 2021 02:58:00 | Synchrony Bank/Care Credit, Acct No xxxxxxxxxxxx9549, P.o. Box 965005, Orlando FL 32896-5005 |
| 15379298 | + | EDI: RMSC.COM | Oct 21 2021 02:58:00 | Synchrony Bank/Care Credit, Acct No xxxxxxxxxxxx8658, Attn: Bankruptcy Dept, Po Box 965064, Orlando FL 32896-5064 |
| 15379299 | + | EDI: RMSC.COM | Oct 21 2021 02:58:00 | Synchrony Bank/Care Credit, Acct No xxxxxxxxxxxx9549, Attn: Bankruptcy Dept, Po Box 965060, Orlando FL 32896-5060 |
| 15379303 | + | EDI: RMSC.COM | Oct 21 2021 02:58:00 | Synchrony Bank/JCPenney, Acct No xxxxxxxx6468, Po Box 965007, Orlando FL 32896-5007 |
| 15379302 | + | EDI: RMSC.COM | Oct 21 2021 02:58:00 | Synchrony Bank/JCPenney, Acct No xxxxxxxx6468, Attn: Bankruptcy, Po Box 965064, Orlando FL 32896-5064 |
| 15379304 | + | EDI: RMSC.COM | Oct 21 2021 02:58:00 | Synchrony Bank/Lowes, Acct No xxxxxxxxxxxx2122, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 15379305 | + | EDI: RMSC.COM | Oct 21 2021 02:58:00 | Synchrony Bank/Lowes, Acct No xxxxxxxxxxxx2122, Po Box 956005, Orlando FL 32896-0001 |
| 15379306 | + | EDI: RMSC.COM | Oct 21 2021 02:58:00 | Synchrony/American Eagle, Acct No xxxxxxxxxxxx8029, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 15379307 | + | EDI: RMSC.COM | Oct 21 2021 02:58:00 | Synchrony/American Eagle, Acct No xxxxxxxxxxxx8029, Po Box 965005, Orlando FL 32896-5005 |
| 15379310 | + | EDI: WFFC.COM | Oct 21 2021 02:58:00 | Wells Fargo Bank NA, Acct No xxxxxxxxxxxx3099, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines IA 50328-0001 |
| 15379312 | | EDI: WFFC.COM | Oct 21 2021 02:58:00 | Wells Fargo Bank, N.A., Acct No x-4527, PO Box 5132, Sioux Falls SD 57117-5132 |
| 15379313 | + | EDI: WFFC.COM | Oct 21 2021 02:58:00 | Wells Fargo Card Services, Acct No Account Ending 3099, PO Box 10347, Des Moines IA 50306-0347 |
| 15379314 | + | EDI: WFFC.COM | Oct 21 2021 02:58:00 | Wells Fargo Jewelry Advantage, Acct No xxxxxxxxxxxx4527, Attn: Bankruptcy, Po Box 10438, Des Moines IA 50306-0438 |
| 15379315 | + | EDI: WFFC.COM | Oct 21 2021 02:58:00 | Wells Fargo Jewelry Advantage, Acct No xxxxxxxxxxxx4527, Po Box 14517, Des Moines IA 50306-3517 |

TOTAL: 119

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ford Motor Credit Company, LLC |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 15379296 | | Syncb/walmart, Acct No xxxxxxxxxxxx3150 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15379274 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Credit Services, Acct No xxxxxxxxxxxx0001, Attn: Bankruptcy, Po Box 844, Buffalo NY 14240 |
| 15379276 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with |

Case 21-10293-TPA    Doc 38    Filed 10/22/21    Entered 10/23/21 00:29:17    Desc Imaged
Certificate of Notice    Page 10 of 10

| District/off: 0315-1 | User: admin | Page 8 of 8 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: 318 | Total Noticed: 152 |

court:, M&T Credit Services, Acct No xxxxxxxxxxxx0001, Po Box 900, Millsboro DE 19966

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company  LLC pitecf@weltman.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com |
| Mark Todd Aaron | on behalf of Joint Debtor Nicole Yeany aaron.markr100443@notify.bestcase.com |
| Mark Todd Aaron | on behalf of Debtor Paul Yeany  III aaron.markr100443@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Sheils, III | on behalf of Creditor Community Bank  N.A. rsheilsIII@sheilslaw.com |
| Tamera Ochs Rothschild | trothschild@gmx.com pa70@ecfcbis.com |

TOTAL: 7