**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Paul Yeany III**
**Nicole Yeany**
   Debtor(s)

Bankruptcy Case No.: 21−10293−TPA

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

   Tamera Ochs Rothschild is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: November 10, 2021

Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 21-10293-TPA

Paul Yeany, III  Chapter 7

Nicole Yeany

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1  User: admin  Page 1 of 2
Date Rcvd: Nov 10, 2021  Form ID: 129  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Paul Yeany, III, Nicole Yeany, 12355 Route 208, Shippenville, PA 16254-2017

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2021 at the address(es) listed below:

**Name**    **Email Address**

Garry Alan Masterson
    on behalf of Creditor Ford Motor Credit Company  LLC pitecf@weltman.com

Maria Miksich
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com

Mark Todd Aaron
    on behalf of Joint Debtor Nicole Yeany aaron.markr100443@notify.bestcase.com

Mark Todd Aaron
    on behalf of Debtor Paul Yeany  III aaron.markr100443@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert P. Sheils, III

| District/off: 0315-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 10, 2021 | Form ID: 129 | Total Noticed: 1 |

Tamera Ochs Rothschild
                on behalf of Creditor Community Bank  N.A. rsheilsIII@sheilslaw.com
                trothschild@gmx.com  pa70@ecfcbis.com

TOTAL: 7